FILED
[redacted]
MAR 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 08 mj 0631 |
| vs. | ) | |
| | ) | ORDER RE: |
| Eddy CUMPLIDO-Montes | ) | SUBSTITUTION OF ATTORNEY |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

IT IS HEREBY ORDERED that DAVID N. HORWITZ, ESQ. is substituted in as attorney of record for defendant Eddy Cumplido-Montes in place of Frank M. Mangan, Esq.

DATED: 3/18/08

MAGISTRATE\JUDGE
UNITED STATES DISTRICT COURT