FILED

APR - 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1009-JM |
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine(Felony) |
| EDDY CUMPLIDO-MONTES, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about March 2, 2008, within the Southern District of California, defendant EDDY CUMPLIDO-MONTES, did knowingly and intentionally import approximately 50 grams or more, to wit: approximately .60 kilograms (1.32 pounds) of methamphetamine (actual), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: April 3, 2008.

KAREN P. HEWITT
United States Attorney

[signature: Charlotte E. Kaiser for]
JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:psd:San Diego
3/12/08